## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DESHAWN DAWSON, on behalf of himself and
all others similarly situated,

                        Plaintiffs,

          v.

MNUCHIN GALLERY LLC,

                        Defendant.

------------------------------------------------------------X

Case No.: 19-cv-00594-ER

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: ~~February~~ March 4, 2019

_[signed]_

Joseph H. Mizrahi, Esq.
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12th Fl.
Brooklyn, NY 11201
E-mail: Joseph@cml.legal
Phone: (929) 575-4175
*Attorneys for Plaintiff*

_[signed] Shira M. Blank_

Shira M. Blank, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Ave.
New York, NY 10177
Email: sblank@ebglaw.com
Phone: (212) 351-4500
*Attorneys for Defendant*

SO ORDERED: _[signed]_

Date: 3/5/2019

Judge Edgardo Ramos

14